UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ALEXANDER VARICE, Case No. 21-00178

_____

# PETITION FOR
# WRIT OF HABEAS CORPUS

1. **ALEXANDER VARICE, DOB 11/16/1998, SBI # 217516G,** is now confined at Essex County Jail.

2. Said individual will be required to be produced for sentencing via video before the Hon. Susan D. Wigenton, U.S. District Court Judge, Newark, New Jersey, on Tuesday, September 7, 2021, at noon, for a sentencing hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: August 30, 2021

    /s/ *Blake Coppotelli*
    Blake Coppotelli
    Assistant United States Attorney
    Petitioner

_____

# ORDER

Let the Writ Issue.

DATED: August 30, 2021

    _____
    Hon. Susan D. Wigenton, U.S.D.C.J.

_____

# WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Jail, l WE COMMAND YOU that you have the body of

**ALEXANDER VARICE, DOB 11/16/1998, SBI # 217516G**

now confined at the Essex County Jail, produced via video conference before the U.S. District Court in Newark, New Jersey, on Tuesday, September 7, 2021, at noon, so that the parties can have a sentencing hearing in the above-captioned matter. Immediately upon completion of the video proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton
United States District Court Judge
Newark, New Jersey.

DATED: August 30, 2021

    WILLIAM T. WALSH
    Clerk of the U.S. District Court
    for the District of New Jersey

    Per: __Carmen D. Soto_____
          Deputy Clerk